430 A.2d 1154

### Dan Maurice MYERS and Barbara Jean Myers

v.

### COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.

Supreme Court of Pennsylvania.

Argued May 21, 1981.

Decided June 4, 1981.

Gordon A. Roe, York, for appellant.

Elisabeth S. Shuster, Deputy Atty. Gen., Christos Katsaounis, Asst. Atty. Gen., for appellees.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.